IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jeffrey Mundy, )<br>　　　　Appellant, )<br>　　v. )<br> )<br>Bethany Eleese Eden, formerly known )<br>as Bethany Lee Witz, also known as )<br>Witlee Ethan )<br>　　　　Appellee, )<br>_____) | CASE NO.: 0:22-cv-00073-MGL |

## TABLE OF AUTHORITIES

**CASES**

*In re Brasington*, 274 B.R. 159, 162 (Bankr.D.Md.2002)……………………………………..1
*In re Dominguez,* 51 F.3d 1502, 1509 (9th Cir.1995)………… ………………………7, 9, 10
*Wilkerson Fuel, Inc. v. Elliott*, 415 B.R. 214, 220 (D. S.C. 2009)……………..….7, 8, 9, 11, 13
*Weidle Corp*., 398 B.R. 595 (S.D. Ohio 2008)…………………………………...…………7, 8
*Vulcan Coals, Inc. v. Howard,* 946 F.2d 1226 (6th Cir. 1991)………………………….. 8
*In re Rand,* 144 B.R. 253 (S.D. N.Y. 1992)……………………………………………………8
*Forman v. Davis,* 371 U.S. 178, 181 (1962)……………………………………………………10
*In re Landbank Equity Corp*. 973 F.2d 265, 271 (4th Cir.1992)…………………………10
*In re Novak*, 580 B.R. 175, 179 (Bankr. D.S.C. 2017)……………………………………11
*Rouse v. Lee,* 339 F.3d 238, 246 (4th Cir. 2003)……………………………………………11
*Farouki v. Emirates Bank Int'l, Ltd.,* 14 F.3d 244, 248 (4th Cir.1994)……………………11
*In re Maughan,* 340 F.3d 337, 344 (6th Cir.2003)………………………………………….. 11
*Asbury v. City of Roanoke,* 599 F.Supp.2d 712, at 719 (W.D.Va. 2009). (unpublished)… 11

**STATUTES**

28 U. S. C. § 158(a)…………………………………………………………………………… 1
11 U.S.C. § 523(c)(1)................................................................................................…………..4, 10
11 U.S.C. § 523(a)(6)............................................................................................…………..…5, 6
11 U.S.C. § 523………………………………………………………………………………..6, 9
11 U.S.C. § 341………………………………………………………………………………10
11 U.S.C. § 105………………………………………………………………………………10

**RULES**

Fed. R. Bankr. P. 8013.................................................................................................. …………1
Fed. R. Bankr. P. 4007(c) ....................................................................................... 3, 6, 10, 11
Fed. R. Bankr. P. 7008................................................................................... …………..4, 6, 7, 8, 10, 13
Fed. R. Civ. P. 8..................................................................................................…………. 4, 6, 7, 10, 13
Fed. R. Bankr. P. 7001(6)……………………………………………………………………6
Local Civ. Rule 83.I.03……………………………………………………………………….6
SC LBR 2090-1………………………………………………………………………………6
SC LBR 5005-4……………………………………………………………………………….6
Fed. R. Bankr. P. 7004……………………………………………………………………… 7, 13

Fed. R. Civ. P. 8(a)(3)……………………………………………………………… 9
Fed. R. Civ. P. 15(c)(1)(B)……………………………………………………… . 9
Fed. R. Bankr. P. 7015……………………………………………………………… 9