IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Jeffrey Mundy, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> Bethany Eleese Eden, formerly known ) <br> as Bethany Lee Witz, also known as ) <br> Witlee Ethan ) <br> ) <br> Appellee, ) <br> _____) | CASE NO.: 0:22-cv-00073-MGL |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February, 2022, a copy of the BRIEF OF THE APPELLANT was filed electronically and served by electronic mail and United States Mail, first class, proper postage affixed to counsel for the Appellee addressed as follows:

| Christine E. Brimm <br> Barton Brimm, PA <br> P.O. Box 14805 <br> Myrtle Beach, SC 29587 | Barton Brimm, PA <br> P.O. Box 14805 <br> Myrtle Beach, SC 29587 <br> Email: cbrimm@bartonbrimm.com |
|---|---|

DATED: February 23, 2022

_____
Winsome Peterkin
Assistant to Randy A. Skinner
Skinner Law Firm, LLC
The Ogletree Building
300 North Main Street, Suite 201
Greenville, SC 29601
Telephone: (864) 232-2007
Facsimile: (864) 232-8496
E-mail: wpeterkin@skinnerlawfirm.com
Attorney for the Appellant, Jeffrey Mundy