EXHIBIT A

# TABLE OF AUTHORITIES

Cases:

*Baldwin County Welcome Center v. Brown*, 466 U.S. 147, 151 (1984)……….14, 16

**Beem v. Ferguson*, 713 Fed. Appx. 974 (11th Cir. 2018) (unpublished)……13 n.13

*Classic Auto Refinishing, Inc. v. Marino (In re Marino)*, 37 F.3d 1354 (9th Cir. 1994)………………………………………………………………………13 n.14

*Devan v. Phoenix American Life Ins. Co. (In re Merry-Go-Round Enterprises, Inc.)*, 400 F.3d 219 (4th Cir. 2005)……………………………………………………..3

*Dominguez v. Miller (In re Dominguez)*, 51 F.3d 1502 (9th Circuit 1995)……13 n.13

*Evans v. Pace (In re Pace),* 130 B.R. 338 (Bankr. N.D. Fla 1991)………….13 n.13

*In re Alhuneidi*, 632 B.R. 737 (Bankr. E.D. Tex. 2021)……………………………16

**In re Bey*, 2014 WL 4071042 (Bankr. C.D. Cal. Aug. 20 2014)……………13 n.13

**In re Hunley*, 2017 WL 1043107 (Bankr. W.D. Va. March 15, 2017) …….13 n.14

**In re Ia Vang Xiong*, 2011 WL 10723287 (Bankr. E.D. Cal. 2011) (unpublished)……………………………………………………………………...13 n.14

*In re Kennerley*, 995 F.2d 145 (9th Cir. 1993)……………………………...13 n.14

**In re McConkey*, 2011 WL 1436431 (Bankr. D. Md. April 14, 2011)....11, 13 n.14

*In re Sutton*, 283 B.R. 592 (Bankr. D. Nev. 2002)…………………………………15

*In re Wilkerson Fuel, Inc. v. Elliot*, 415 B.R. 214 (D.S.C. 2009)………..…….11, 12

*Kawaauhau v. Geiger*, 523 U.S. 57 (1998)………..……………..…………...11

*Louvier v. Thompson (In re Thompson)*, 572 B.R. 638 (Bankr. S.D. Tex. 2017)…………………………………………………………………….. 13 n.13

*Matter of McGuirt*, 879 F.2d 182 (5th Cir. 1989) ……………………………….13 n.14

*Markus v. Markus (In re Markus)*, 313 F.3d 1146 (9th Cir. 2002) ………….13 n.14

**Mendenhall v. Mendenhall (In re Mendenhall)*, 2014 WL 4494811 (Bankr. S.D. Ala. 2014)………………………………………………………………… 13 n.13

*Miller v. Levine (In re Levine)*, 132 B.R. 464 (Bankr. M.D. Fla. 1991)….…..13 n.13

*Pfeiffer v. Rand (In re Rand)*, 144 B.R. 253 (Bankr. S.D.N.Y. 1992) ………..13 n.13

*Trujullo v. Moffitt (In re Moffitt)*, 623 B.R. 349 (Bankr. M.D. Fla 2020)………….15

Statutes:

11 U.S.C. § 523……………………………………………………………….*passim*

\* Unpublished decisions, and those that are available only by Westlaw citation, are attached for the Court's convenience.