UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Jeffrey Mundy,<br><br>       Appellant<br>v.<br><br>Bethany Eleese Eden,<br>formerly known as<br>Bethany Lee Witz,<br>also known as<br>Witlee Ethan,<br><br>       Appellee | Case Number<br>22-cv-00073-MGL<br><br>**Reply Brief** |

TABLE OF AUTHORITIES

**CASES**

*In re Salinas*, 2006 Bankr. LEXIS 4523, *12………………………..…………....2

*In re Keane*, 2003 WL 22794551 (Bankr. E.D.Va. 2003)………………...…….3

*Wilkerson Fuel, Inc. v. Elliott*, 415 B.R. 214, 220 (D. S.C. 2009)
…………………………………………………………………. ..5, 6, 9, 10, 11, 12

*Pfeiffer v. Rand (In re Rand)*, 144 B.R. 253 (Bankr. S.D.N.Y. 1992)……...6, 7, 8, 9

*In re Marino*, 37 F.3d 1354 (9th Cir.1994)…………………………………... 6, 7, 9

*Asbury v. City of Roanoke*, 599 F.Supp.2d 712, at 719 (W.D.Va. 2009)
(unpublished)……….………………………………………………………………9

*Aikens v. Ingram*, 524 F. App'x. 873, 880 (4th Cir. 2013)……………………10, 11

*Calendario v. Pagan (In re Pagan)*, 282 B.R. 735, 738 (Bankr. D. Mass.
2002)……………………………………………………………………..12, 13

*Haseotes v. Cumberland Farms, Inc. (In re Cumberland Farms, Inc.)*, 284 F.3d
216, 226 (1st Cir. 2002) ..………………………………………………………13

1

*Tully Constr. Co., Inc. v. Cannonsburg Envtl. Assoc., Ltd. (In re Cannonsburg Envtl. Assoc., Ltd.)*, 72 F.3d 1260, 1264-65 (6th Cir.1996)………………………..13

*United States v. Lewis (In re Lewis)*, 142 B.R. 952, 955 (D. Col. 1992)……........13

*In re Service Merch. Co.*, 256 B.R. 755, 766 (Bankr. M.D. Tenn. 2000)……….13

**STATUTES**
11 U.S.C. § 727......................................................................................…...................3
N.C. Gen. Stat § 75-1.1…………………………………………………………….3
11 U.S.C. § 523(a)(2)(4), & (6)………………………………………………….4, 5
11 U.S.C. § 523…………………………………………………………….......5, 8, 9
11 U.S.C. § 105………………………………………………………….............12

**RULES**
Fed. R. Civ. P. 8(a)(3)………………………………………………………….....5
Fed. R. Bankr. P. 7008……………………………………………………….6, 10, 14
Former Fed. R. Civ. P. 8(a)…………………………………………………………7
Former Fed. R. Civ. P. 7(a)……………………………………………………….....7
Former Fed. R. Civ. P. 10(a)……………………………………………………...…7
Fed. R. Bankr. P. 7008(a)……………………………………………………….....7
Fed. R. Civ. P. 3………………………………………………………….............8
Fed. R. Bankr. P. 7003……………………………………………………………….8
Fed. R. Bankr. P. 4007(c)…………………………………………………………10,12
Fed. R. Bankr. P. 7004……………………………………………………………..14

| | |
|---|---|
| April 5, 2022 | */s/Randy A. Skinner*<br>Randy A. Skinner, Fed. Id. 5412<br>300 North Main Street, Suite 201<br>Greenville, South Carolina 29601<br>Telephone: (864) 232-2007<br>E-mail: rskinner@skinnerlawfirm.com<br>Attorney for the Appellant, Jeffrey Mundy |