IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jeffrey Mundy, | ) | |
| | ) | |
| Appellant, | ) | CASE NO.: 0:22-cv-00073-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| Bethany Eleese Eden, formerly known as Bethany Lee Witz, also known as Witlee Ethan | ) ) ) | |
| | ) | |
| Appellee, | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of April, 2022, a copy of the REPLY BRIEF OF THE APPELLANT was filed electronically and served by electronic mail and United States Mail, first class, proper postage affixed to counsel for the Appellee addressed as follows:

> Christine E. Brimm
> Barton Brimm, PA
> P.O. Box 14805
> Myrtle Beach, SC 29587
> Email: cbrimm@bartonbrimm.com

DATED: April 5, 2022

_____
Winsome Peterkin
Assistant to Randy A. Skinner
Skinner Law Firm, LLC
The Ogletree Building
300 North Main Street, Suite 201
Greenville, SC 29601
Telephone: (864) 232-2007
Facsimile: (864) 232-8496
E-mail: wpeterkin@skinnerlawfirm.com
Attorney for the Appellant, Jeffrey Mundy